UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENO U. MAIAVA<br><br>Defendant. | Case No. CR03-544-JCC<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF CONDITIONAL RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of conditional release in this case on November 10, 2008. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Kelly Harris, and defendant was represented by Kevin Peck. Also present was U.S. Probation Officer Michael S. Larsen. The proceedings were digitally recorded.

COMMITMENT PROCEEDINGS

On November 4, 2005, defendant was committed to the custody of the Attorney General after being found not guilty by reason of insanity. On November 6, 2007, defendant was granted conditional release by the Court subject to certain conditions including placement at Pioneer RRC for up to 180 days.

On December 5, 2007, defendant was released from the medical center, Springfield,

Missouri and escorted to Pioneer RRC. He was released from Pioneer RRC on May 21, 2008 and placed at Berkey house, a group home.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated November 5, 2008, Supervising U.S. Probation Officer Michael S. Larsen alleged that defendant violated the following conditions of supervision:

1. Failing to take prescribed medications in violation of the conditional release order.

2. Failing to participate in mental health treatment in violation of the conditional release order.

Defendant admitted violations 1 and 2. Defendant was advised of his right to an evidentiary hearing and waived any hearing as to whether the violations occurred. Defendant was informed the matter would be set for a disposition hearing before Judge Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his conditional release as alleged above, and conduct a disposition hearing.

DATED this 10th day of November, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2